UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JAMAAL DIXON, individually and on behalf of all others<br><br>Plaintiffs,<br><br>vs.<br><br>VALET LIVING, LLC,<br><br>Defendant. | CIVIL ACTION NO.: 18-6150 |

### NOTICE OF REMOVAL OF CIVIL ACTION

**TO:   THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI AND PLAINTIFF JAMAAL DIXON**

**PLEASE TAKE NOTICE** that Defendants Valet Living, LLC ("Valet Living" or "Defendant"), by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, files this Notice of Removal of the above-captioned action from the 43rd Judicial Circuit Court of Clinton County, Missouri, where it is currently pending, to the United States District Court for the Western District of Missouri.  Valet provides the following "short and plain statement of the grounds for removal" pursuant to 28 U.S.C. § 1446(a).  *See Dart Cherokee Basin Operating Co., LLC v. Owens*, __ U.S. __, 135 S. Ct. 547, 554 (2014). In support of this removal, Valet Living state as follows:

### BACKGROUND

1.   On or about September 11, 2018, Plaintiff Jamaal Dixon, on behalf of himself and all others, filed a Petition captioned *Dixon, et al v. Valet Living, Inc.*, Case No. 18CN-CC00065, in the 43rd Judicial Circuit Court for Clinton County, Missouri.  Copies of all process, pleadings,

1

and orders are attached as **Exhibit A**.  Neither party has filed any other pleadings or documents in this action.

2. Plaintiff's one-count Complaint alleges that Valet Living violated his rights, and the rights over class members, under the federal Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681p. *See* Petition, **Exhibit A**.  Defendant denies Plaintiff's claims and denies any and all liability for Plaintiff's alleged injuries.

## GROUNDS FOR REMOVAL

3. A defendant may remove to federal court "any civil action brought in a State court of which the district courts of the United States have original jurisdiction."  28 U.S.C. § 1441.

4. This Court has original subject matter jurisdiction over the action pursuant to 28 U.S.C. § 1331 because the action arises under the federal law, specifically, the FCRA.  *See* Petition, **Ex. A**.

5. Removal is timely. Plaintiff served the Complaint on Valet Living on September 13, 2018.  Pursuant to 28 U.S.C. § 1446(b)(1), therefore, Valet Living, the only named defendant, has removed this action within 30 days of being served with process.

6. Venue is proper in this Court.  Plaintiff filed this action in the 43rd Judicial Circuit Court of Clinton County, Missouri.  Venue therefore properly lies in the United States District Court for the Western District of Pennsylvania, the district embracing Clinton County, pursuant to 28 U.S.C. §§ 1441(a).

7. In accordance with 28 U.S.C. § 1446(d), Valet Living will promptly provide written notice of the filing of this Notice of Removal to Plaintiff and shall file a copy of this Notice along with a Notice of Filing of Notice of Removal with the 43rd Judicial Circuit Court

of Clinton County, Missouri, where this action is currently pending. A copy of the Notice that will be filed in state court is attached hereto (without exhibits) as **Exhibit B**.

8. By filing this Notice of Removal, Valet Living does not waive any defenses that may be available to it and reserve all such defenses. In addition, Valet Living does not concede that Plaintiff states any claim upon which relief can be granted, or that Plaintiff is entitled to any relief of any nature whatsoever.

9. **WHEREFORE**, Defendant Valet Living hereby removes the action pending in the 43rd Judicial Circuit Court of Clinton County, Missouri to this, the United States District Court for the Western District of Missouri.

**GREENBERG TRAURIG, LLP**

Dated: October 11, 2018

  /s/ Robert H. Bernstein
Robert H. Bernstein
MO Bar No. 60233
GREENBERG TRAURIG, LLP
500 Campus Drive
Florham Park, NJ 07932-0677
Tel: 973-360-7946
Fax: 973-295-1362
bernsteinrob@gtlaw.com

James N. Boudreau (*pro hac vice* forthcoming)
Adam R. Roseman (*pro hac vice* forthcoming)
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103
Tel: 215.988.7800
Fax: 215.988.7801
boudreauj@gtlaw.com
rosemana@gtlaw.com

*Attorneys for Defendant Valet Living, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JAMAAL DIXON, individually and on behalf of all others<br><br>Plaintiffs,<br><br>vs.<br><br>VALET LIVING, LLC,<br><br>Defendant. | CIVIL ACTION NO.: _____<br><br>**NOTICE OF REMOVAL** |

## CERTIFICATE OF SERVICE

I, Robert H. Bernstein, hereby certify that on October 11, 2018, I caused a true and correct copy of the foregoing Notice of Removal to be served by way of U.S. Mail and electronic mail upon the following counsel of record:

Charles Jason Brown
Jayson A. Watkins
Brown & Watkins, LLC
301 S. US 169 Hwy
Gower, Missouri 64454
brown@brownandwatkins.com
watkins@brownandwatkins.com

*Attorneys for Plaintiff*

*/s/ Robert H. Bernstein*_____
Robert H. Bernstein